## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 5808 | DATE | 8/3/2004 |
| CASE TITLE | Dowe vs. National Railroad Passenger | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Status hearing held. Enter Order. It is ordered that all of the plaintiffs' claims against the National Railroad Passenger Corporation are hereby dismissed with prejudice and that any and all contribution claims against the National Railroad Passenger Corporation and the Illinois Central Railroad Company are barred. Case is closed.

(11) ■ [For further detail see order attached to the original minute order.]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DEBRA DOWE, Independent Administrator of the Estate of SHEENA DOWE, Deceased, et al., ) ) ) ) Plaintiffs, ) v. ) ) NATIONAL RAILROAD PASSENGER ) CORPORATION d/b/a AMTRAK, a ) corporation, ) ) Defendant. ) | No.: 01 C 5808<br>Judge Kennelly |

## ORDER

This matter coming to be heard on the motion of Defendant NATIONAL RAILROAD PASSENGER CORPORATION for Good Faith Finding, Dismissal of Plaintiffs' Complaint and to Bar All Contribution Claims, due notice having been given and the Court being fully advised, and the Court having found that the settlement agreements between the Plaintiffs and Defendant National Railroad Passenger Corporation and Illinois Central Railroad Company were entered into in good faith pursuant to the Illinois Contribution Among Joint Tortfeasors' Act,

IT IS HEREBY ORDERED:

All of the Plaintiffs' claims against the National Railroad Passenger Corporation are hereby dismissed with prejudice and that any and all contribution claims against the National Railroad Passenger Corporation and the Illinois Central Railroad Company are barred.

Entered this 3rd day of August, 2004, at Chicago, Illinois.

_____
The Honorable Matthew Kennelly



Anderson, Bennett & Partners, L.L.P.
55 East Monroe, Suite 3650
Chicago, Illinois 60603
(312) 673-7813 (S.K.Laing)