MKD/mad  99-822  October 7, 2005

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| RAY STEWART, SR., as Conservator of the Estate of ORRAN STEWART, Deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | NO. 01 C 5808 |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, a corporation, ) ) ) ) | Judge Matthew Kennelly |
| Defendants. ) | |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| RAY STEWART, Sr. as Conservator of the Estate of ORRAN STEWART, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO. 99 L 12059 M |
| MELCO TRANSFER, INC., an Illinois corporation; ILLINOIS CENTRAL RAILROAD COMPANY, a corporation; and JOHN STOKES and BIRMINGHAM STEEL COMPANY, a corporation ) ) ) ) ) ) | Chief Judge Timothy Evans |
| Defendants. ) | |

### ORDER APPROVING PARTIAL SETTLEMENT OF PERSONAL INJURY CAUSE OF ACTION AND DISTRIBUTION OF PARTIAL SETTLEMENT PROCEEDS

Upon the petition of the plaintiff through his attorney for the entry of an order to approve a partial settlement in the amount of $417,964.07, to be paid on behalf of defendants, National Railroad Passenger Corporation d/b/a AMTRAK, (AMTRAK) and Illinois Central Railroad

Company, Melco Transfer, Inc. and John Stokes, the court finds:

1. The partial settlement amount is fair and reasonable.

2. The attorney for the plaintiff, Corboy & Demetrio, P.C., is entitled to fees in the amount of $139,321.36.

3. The attorney for the plaintiff, Corboy & Demetrio, P.C., is entitled to reimbursement for expenses attributable to this lawsuit in the amount of $15,314.01 listed as follows:

| | |
|---|---|
| Court Fees | $ 2,943.40 |
| Records | 5,711.38 |
| Depositions/transcripts | 369.35 |
| Investigation | 487.02 |
| Exhibit | 3,806.00 |
| Travel/ Transportation | 1,996.86 |
| Total Expenses | $ 15,314.01 |

4. Wells, Marble & Hurst, PLLC, is entitled to reimbursement for expenses attributable to this lawsuit in the amount of $28,119.80 listed as follows:

| | |
|---|---|
| Court Fees | $ 383.09 |
| Investigation | 356.96 |
| Legal Services | 27,379.75 |
| Total Expenses | $ 28,119.80 |

5. $8,359.28 shall be deposited in the Common Expense Fund established by order of the Cook County Circuit Court. That amount constitutes 2% of the gross settlement pursuant to Order of said Court. Corboy & Demetrio, P.C. made a deposit of $2,500.00 to the Common Expense fund on behalf of the petitioner. Corboy & Demetrio, P.C. is entitled to reimbursement of that deposit from the Common Expense fund.

6. United States Department of Veterans Affairs has a lien in the amount of $34,000.00 against these settlement proceeds.

7. TriSpan Health Services has a lien in the amount of $51,688.81 against these settlement proceeds.

8. The next of kin of the decedent and their percentages of dependency are as follows:

| Name | Relationship | Percentage | Amount |
|---|---|---|---|
| Ray Stewart, Sr. | adult son | 12.5% | $17,645.11 |
| Doris S. Whitehead | adult daughter | 12.5% | $17,645.10 |
| Roy Stewart | adult son | 12.5% | $17,645.10 |
| Walter Wesley Stewart | adult son | 12.5% | $17,645.10 |
| Dennis Butler | adult son | 12.5% | $17,645.10 |
| Donald Butler | adult son | 12.5% | $17,645.10 |
| Annie Jean Stewart, sole heir of Leonard Stewart, Jr., deceased | adult granddaughter | 12.5% | $17,645.10 |
| Virginia Stewart, Personal Representative of the Estate of Orran W. Stewart, Jr. a/k/a O.W. Stewart, Jr., deceased | | 12.5% | $17,645.10 |

9. The net amount distributable to the Estate of Orran Stewart, deceased, is $141,160.81 and should be distributed in accordance with the above percentages of dependency.

IT IS THEREFORE ORDERED that the partial settlement offered by defendants, National Railroad Passenger Corporation d/b/a AMTRAK, (AMTRAK) corporation, Illinois Central Railroad, Melco Transfer, Inc. and John Stokes, is approved and the Conservator is authorized and directed to execute releases upon receipt of the sum offered and to distribute the proceeds in accordance with the provisions of this order, provided that the amount distributable is approved by the Probate Division and this order shall be effective only after the entry in the

Probate Division of an order approving the bond or other security required to administer the partial settlement and distribution provided for in this order.

IT IS FURTHER ORDERED that this case is dismissed against defendants, National Railroad Passenger Corporation d/b/a AMTRAK, (AMTRAK) corporation, Illinois Central Railroad, Melco Transfer, Inc. John Stokes, only, with prejudice and without costs. This case shall remain pending as to defendant, Birmingham Steel Company, a corporation.

ENTERED
JUDGE TIMOTHY EVANS-1592
NOV 17 2005
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Chief Judge Timothy Evans

Judge Matthew Kennelly   12-1-05

CORBOY & DEMETRIO, P.C.
Attorneys for Plaintiff
33 North Dearborn Street
Chicago, Illinois 60602
(312) 346-3191
Firm I.D. No. 02329